IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSHUA CLINE, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO. 3:09-00037 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Before the Court is the parties' joint motion to modify the Defendant's conditions of supervised release (Docket Entry No. 103). Upon review, the motion is **GRANTED**. Conditions number 4 and 8 of the Defendant's special conditions of supervised release are **AMENDED** to provide as follows:

    4. The defendant shall not possess or view any form of pornography. The defendant shall not go to locations in which pornography or sexually stimulating materials or acts are a focus of the business or location. The defendant shall not possess or use a device capable of creating pictures or video, unless approved by the probation officer.

    8. The defendant shall not possess or use a computer or any device with access to any "on-line computer service" at any location, including the defendant's place of employment, unless approved by the probation officer.

It is so **ORDERED**.

ENTERED this the 13th day of March, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court